IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR405 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| -vs- | ) | |
| JOHN CHARLES SYNOVEC, | ) | |
| Defendant. | ) | |

This matter came before this Court on the 25th day of July, 2005, on the defendant's motion for temporary release under specific conditions, Filing No. 26. The Court, being fully advised in the premises finds that the motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be temporarily released from the custody of the Pottawattamie County Jail at 12:30 p.m. on Thursday, August 4, 2005, to the custody of Jim, Hall, Investigator for the Federal Public Defender.

IT IS FURTHER ORDERED that the defendant shall be accompanied and released into the custody of Jim Hall, who shall accompany the defendant and shall escort the defendant to the office of the Federal Public Defender in Omaha, Nebraska and return the defendant to custody at the Pottawattamie County Jail forthwith, no later than 5:30 p.m. on August 4, 2005.

Dated this 25th day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
The Honorable Joseph F. Bataillon
Chief United States District Court Judge