IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR405 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN CHARLES SYNOVEC, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the request of both counsel, it is ordered that the sentencing for the defendant, John Charles Synovec, is rescheduled from September 9, 2005 to **September 23, 2005 at 9:30 a.m.** before the undersigned in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska**.**  Since this is a criminal case, the defendant shall be present, unless excused  by the court.  If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 2nd day of September, 2005.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge