IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No: 8:04CR405 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN CHARLES SYNOVEC, | ) | |
| | ) | |
| Defendant. | | |

Before the court is the Motion to Withdraw (Filing No. 64). Upon consideration:

**IT IS ORDERED** that the Motion to Withdraw (Filing No. 64) is granted.

**IT IS FURTHER ORDERED** that John McDermott is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and John McDermott.

The final disposition hearing in this matter is scheduled for January 23, 2009 at 3:00 p.m.

DATED this 5th day of January, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge